1 So.2d 608

**William (alias Jock) CONNELLY v. STATE.**

**1 Div. 147.**

Supreme Court of Alabama.

April 10, 1941.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for petitioner.

Bart B. Chamberlain, Jr., of Mobile, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Connelly v. State, 1 So.2d 606. Wherein a judgment of conviction for conspiracy to violate Code 1923, § 4279 was reversed.

Writ denied.

GARDNER, C. J., and BOULDIN, and FOSTER, JJ., concur.